No. 316. The People *v.* Rojas et al.—Appeal from the District Court of Guayama. Decided February 14, 1911. Judgment affirmed. *Mr. Francisco Cervoni* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 675. Goenaga *v.* Goenaga.—Appeal from the District Court of San Juan, Section 1. Motion to dismiss the appeal. Decided February 14, 1911. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and Rule 40 of the Supreme Court. *Mr. Emidgio S. Ginorio* for petitioner. *Mr. Juan de Guzmán Benítez* for respondent.

No. 332. The People *v.* Cruz.—Appeal from the District Court of Mayagüez. Decided March 15, 1911. Judgment affirmed. *Mr. Pascasio Fajardo* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 335. The People *v.* Delgado.—Appeal from the District Court of San Juan. Decided March 16, 1911. Judgment affirmed. *Mr. Augusto Malaret* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 331. The People *v.* Ayala.—Appeal from the District Court of Mayagüez. Decided March 23, 1911. Judgment affirmed. *Messrs. Francisco R. Flores* and *Carlos Domínguez* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

No. 337. The People *v.* Ortiz.—Appeal from the District Court of Ponce. Decided March 24, 1911. Judgment affirmed. *Mr. Francisco Parra* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.